UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

CHARLES L. NAIL, JR.
BANKRUPTCY JUDGE



Federal Building and United States Post Office  Telephone: (605) 945-4490
225 South Pierre Street, Room 211  Fax: (605) 945-4491
Pierre, South Dakota  57501-2463

April 1, 2010

Forrest C. Allred, Esq.
Counsel for Trustee-Plaintiff
14 Second Avenue SE, Suite 200
Aberdeen, South Dakota  57401

William K. Sauck, Jr., Esq.
Counsel for Defendant Great Western Bank
Post Office Box 1030
Aberdeen, South Dakota  57401-1030

      Subject:  *Trustee Forrest C. Allred v. Great Western Bank, et al. (In re Randall Joseph and Joyce Lilene Unger)*, Adv. No. 09-1019; Chapter 7; Bankr. No. 08-10174

Dear Counsel:

      In its response to Trustee Allred's Motion for Judgment on the Pleadings, Great Western Bank asserted a right to setoff that was not specifically mentioned in its answer, and it submitted an affidavit in support of its response.  Pursuant to Fed.R.Bankr.P. 7012 and Fed.R.Civ.P. 12(d), the Court will therefore treat Trustee Allred's Motion for Judgment on the Pleadings (adv. doc. 11) as a motion for summary judgment under Fed.R.Bankr.P. 7056 and Fed.R.Civ.P. 56.  If either of you wishes to present any additional material that is pertinent to Trustee Allred's motion, you may do so on or before April 9, 2010.  The Court will then take the matter under advisement.

      Sincerely,

      Charles L. Nail, Jr.
      Bankruptcy Judge

CLN:sh

cc:    adversary file (docket original; serve all parties in interest)

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota